Teresa C. Chow, Bar No. 237694
tchow@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Matthew D. Pearson, Bar No. 294302
mpearson@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

Attorneys for Defendant Scripps Health

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GARREN, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SCRIPPS HEALTH,<br><br>Defendant. | Case No.: 3:21-cv-01238-L-WBV<br><br>**NOTICE OF RELATED CASES**<br><br>**[LOCAL CIVIL RULE 40.1(F)]**<br><br>Complaint Filed: July 8, 2021 |

Pursuant to Local Rule 40.1(f), Scripps Health ("Defendant") informs the Court of the following related cases:

    1.    *Michael Rubenstein & Richard Machado et al. v. Scripps Health*, filed on June 21, 2021 in the Southern District of California, Case No. 3:21-cv-01135-DMS-MSB (the "*Rubenstein* Action");

    2.    *Kate Rasmuzzen et al. v. Scripps Health*, filed on June 21, 2021 in the Southern District of California, Case No. 3:21-cv-01143-H-DEB (the "*Rasmuzzen* Action");

3. *David J. Rubin et al. v. Scripps Health*, filed on July 7, 2021 in the Southern District of California, Case No. 3:21-cv-01231-BTM-MSB (the "*Rubin* Action");

4. *Kenneth Garcia et al. v. Scripps Health, a California Corporation; and Does 1 through 100, inclusive*, filed on June 1, 2021 in California Superior Court for the County of San Diego, Case No. 37-2021-00024103-CU-BT-CTL (the "*Garcia* Action");

5. *Johnny Corning et al. v. Scripps Health*, filed on June 7, 2021 in California Superior Court for the County of San Diego, Case No. 37-2021-00025007-CU-BT-CTL (the "*Corning* Action");

6. *Gale Ann Matthews, Michael Matthews, Alma Uphoff, Kevin Uphoff, and Susan Moore et al. v. Scripps Health, a California Corporation; and Does 1 through 100, inclusive*, filed on June 24, 2021 in California Superior Court for the County of San Diego, Case No. 37-2021-00027326-CU-MC-CTL (the "*Matthews* Action"); and

7. *Emily Joseph v. Scripps Health, Inc.; and Does 1 through 10, inclusive*, filed on July 12, 2021 in California Superior Court for the County of San Diego, Case No. 37-2021-00029680-CU-NP-CTL (the "*Joseph* Action").

8. On July 12, 2021, counsel for Defendant and counsel in the *Garcia* Action, *Corning* Action, and *Matthews* Action filed a Stipulation Relating and Consolidating Cases because all three cases "allege common facts and claims that arise out of [the same] data incident disclosed by Scripps Health" and "[e]ach of the[] cases shares one or more of the same claims against Defendant Scripps Health and the primary issues in each case resolve[] around the liability of Scripps Health in connection with the data incident." [*See Garcia*, Case No. 37-2021-00024103-CU-BT-CTL, Stip. Relating & Consolidating Cases, at 3.]

9. The same is true for all the aforementioned federal and state court cases. Specifically, the *Rubenstein* Action, *Rasmuzzen* Action, *Rubin* Action,

- 2 -

*Garcia* Action, *Corning* Action, *Matthews* Action, and *Joseph* Action, (collectively, the "Actions") and the above-caption action arise from the same or a closely related transaction, happening, or event because all of the Actions were brought following and in response to a data incident disclosed by Defendant on or around May 15, 2021; seven of the eight Actions are brought as class actions; all Actions involve allegations made by, among others, California residents; all Actions bring similar or the same individual and class claims against Defendant stemming from the data incident; and the primary issues in each case resolve around the liability of Defendant in connection with the data incident.

    10.    The federal court Actions should be consolidated to avoid repetitive and/or duplicative trials concerning the same data incident and to avoid unnecessary costs and delays to the Court and the parties. Consolidation will also preserve judicial resources and prevent a substantial risk of inconsistent adjudications.

Dated: July 15, 2021                      Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Matthew D. Pearson*
        Teresa C. Chow
        Matthew D. Pearson

Attorneys for Defendant Scripps Health